**Dismissed and Memorandum Opinion filed October 28, 2021.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00138-CV

### CHRISTOPHER MICHAEL DIEHL, Appellant

### V.

### BRITTANY FORGEY, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2020-45357**

## MEMORANDUM OPINION

This appeal is from a protective order signed December 18, 2020. The clerk's record was filed May 5, 2021. The reporter's record was filed May 10, 2021. No brief was filed.

On September 23, 2021, this court issued an order stating that unless appellant filed a brief on or before October 13, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.